William G. COOK, Plaintiff–Appellant,

v.

David R. BLUMBERG, Chairman of Maryland Parole Commission; Nwachukwa, Parole Agent; Sabastine Nwagbara, Parole Agent, Defendants–Appellees.

No. 13–6943.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

William Gregory Cook, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William G. Cook appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cook v. Blumberg,* No. 8:13–cv–01495–PJM (D. Md. filed May 30, 2013 & entered May 31, 2013). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*